```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FORT SMITH DIVISION


GLORIA HUCK                                    PLAINTIFF

      vs.             CASE No. 07-2011

KOHL'S ILLINOIS, INC., et al                  DEFENDANTS
```

### ORDER

Now on this 14th day of December, 2007, comes the Joint Motion to Dismiss with Prejudice (doc. #38).  The Court, being well and sufficiently advised, does hereby GRANT the motion.  Further, the Court dismisses all claims which were asserted or which could have been asserted in this case and the above styled case is dismissed with prejudice.

IT IS SO ORDERED.

```
                         /s/ Robert T. Dawson
                         Robert T. Dawson
                         United States District Judge
```